NOT FOR PUBLICATION                                                                                          (Doc. No. 28)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| RYAN SULLIVAN, | : |
| Plaintiff, | : Civil No. |
| | : 10-4204 (RBK/JS) |
| v. | : |
| | : **ORDER** |
| MARINA DISTRICT DEVELOPMENT COMPANY, LLC, d/b/a/ BORGATA HOTEL CASINO AND SPA, et al., | : |
| Defendants. | : |

**THIS MATTER** having come before the Court upon the motion of Marina District Development Company, LLC, d/b/a Borgata Hotel Casino and Spa ("Defendant") for partial summary judgment dismissing the claims of Ryan Sullivan ("Plaintiff") pursuant to Federal Rule of Civil Procedure 56(a), and the Court having considered the parties' moving papers and the affidavits and exhibits appended thereto;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, Defendant's motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's claims for negligent hiring, negligent training, and negligent supervision are **DISMISSED**.


Date:_3/23/12_____                    /s/ Robert B. Kugler_____
                                                                        ROBERT B. KUGLER
                                                                        United States District Judge